# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| COIL CHEM LLC, NOLES INTELLECTUAL PROPERTIES, LLC | § § § § § § § | CIVIL NO: MO:19-CV-00225-ADA |
| vs. | | |
| DURACHEM PRODUCTION CO., JAMES BUCK BRIGGS, DURACHEM PRODUCTION SERVICES, LLC | | |

## ORDER CANCELLING MARKMAN HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case having been set for **MARKMAN HEARING** on **Friday, July 17, 2020 at 09:30 AM is hereby CANCELLED until further order of the court**.

IT IS SO ORDERED this 15th day of June, 2020.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE